Certificate Number: 05781-PAE-DE-031219290

Bankruptcy Case Number: 18-13619



05781-PAE-DE-031219290

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 22, 2018</u>, at <u>9:23</u> o'clock <u>AM PDT</u>, <u>Michele Horn</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   June 22, 2018                    By:    /s/Allison M Geving

Name:   Allison M Geving

Title:   President