### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michele Ann Horn fka Michele Ann Mahouchick<br>    Debtor | CHAPTER 7 |
| PNC BANK NATIONAL  ASSOCIATION<br>    Movant<br>    vs. | NO. 18-13619 REF |
| Michele Ann Horn fka Michele Ann Mahouchick<br>    Debtor | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>    Trustee | |

### ORDER

AND NOW, at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK NATIONAL  ASSOCIATION to exercise its rights pursuant to the loan documents regarding the premises 282 Broad Street Landisville, PA 17538 .  It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

**Date: July 6, 2018**

United States Bankruptcy Judge.

cc: See attached service list

Michele Ann Horn fka Michele Ann Mahouchick
204 Colonial Crest Drive
Lancaster, PA 17601

Joseph L. Quinn,
152 East High Street, Suite 100
Pottstown, PA 19464

Christine C. Shubert Esq.
10 Teaberry Drive
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532