United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-13619-ref
Michele Ann Horn                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1            Date Rcvd: Jul 06, 2018
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.
db             +Michele Ann Horn,    204 Colonial Crest Drive,    Lancaster, PA 17601-6126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2018 01:33:41      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,   J100@ecfcbis.com
              JOSEPH L QUINN    on behalf of Debtor Michele Ann Horn CourtNotices@sjr-law.com
              KEVIN G. MCDONALD    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Michele Ann Horn fka Michele Ann Mahouchick<br>          Debtor | CHAPTER 7 |
| PNC BANK NATIONAL ASSOCIATION<br>          Movant<br>     vs. | NO. 18-13619 REF |
| Michele Ann Horn fka Michele Ann Mahouchick<br>          Debtor<br><br>Christine C. Shubert Esq.<br>          Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK NATIONAL ASSOCIATION to exercise its rights pursuant to the loan documents regarding the premises 282 Broad Street Landisville, PA 17538 .  It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

**Date: July 6, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list

Michele Ann Horn fka Michele Ann Mahouchick
204 Colonial Crest Drive
Lancaster, PA 17601

Joseph L. Quinn,
152 East High Street, Suite 100
Pottstown, PA 19464

Christine C. Shubert Esq.
10 Teaberry Drive
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532