United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michele Ann Horn
     Debtor

Case No. 18-13619-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 1     Date Rcvd: Sep 14, 2018
     Form ID: 318     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
```
db             +Michele Ann Horn,    204 Colonial Crest Drive,    Lancaster, PA 17601-6126
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14115643       +Capl/cbela,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
14115646        East Hempfield Township,    PO Box 597,    Mount Joy, PA 17552-0597
14115647        East Hempfield Township,    PO Box 6187,    Hermitage, PA 16148-0922
14115649       +JPMorgan Chase Bank, N.A.,    PO Box 78035,    Phoenix, AZ 85062-8035
14119971       +PNC BANK NATIONAL ASSOCIATION,    c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14115651       +PNC Bank, N.A.,    Po Box 8703,    Dayton, OH 45401-8703
14115653       +Wf/home Pr,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14115644        EDI: CHASE.COM Sep 15 2018 06:38:00     Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14115645       +EDI: CRFRSTNA.COM Sep 15 2018 06:38:00     Credit First N A,    6275 Eastland Rd,
                 Brookpark, OH 44142-1399
14115650        E-mail/Text: kspon@lasa.org Sep 15 2018 02:57:17     Lancaster Area Sewer Authority,
                 130 Centerville Road,    Lancaster, PA 17603-4007
14115652       +EDI: RMSC.COM Sep 15 2018 06:38:00     Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
14116423       +EDI: RMSC.COM Sep 15 2018 06:38:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14115648        EDI: USBANKARS.COM Sep 15 2018 06:38:00     Elan Financial Service,    Po Box 108,
                 Saint Louis, MO 63166
                                                                                        TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
```
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
          JOSEPH L QUINN    on behalf of Debtor Michele Ann Horn CourtNotices@sjr-law.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 4
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michele Ann Horn** | | Social Security number or ITIN   **xxx–xx–3152** |
| | First Name   Middle Name   Last Name | | EIN   _ _−_ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ |
| | | | EIN   _ _−_ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **18–13619–ref**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michele Ann Horn
fka Michele Ann Mahouchick

9/13/18

**By the court:**  Richard E. Fehling
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**